CENTRAL OF GEORGIA RAILWAY CO. *v.* WRIGHT, comp.-gen.

RUSSELL, C. J.   1. The decision in this case is controlled by the ruling in *Central of Georgia Ry. Co.* v. *Wright*, ante, 1.

2. There were no errors in other rulings of the Court of Appeals upon the questions raised in the bill of exceptions.

*Judgment affirmed. All the Justices concur, except* GILBERT, J., *who dissents for the reasons stated in the dissent in case above cited.*

No. 5374. SEPTEMBER 23, 1927.

Certiorari; from Court of Appeals. 35 *Ga. App.* 144.

*Arnold & Battle,* for plaintiff in error. *N. F. Culpepper,* contra.